**Opinion issued May 4, 2021**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-21-00050-CR

———————————

## NKRUMAH LUMUMBA VALIER, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

### On Appeal from the 184th District Court
### Harris County, Texas
### Trial Court Case No. 1030025

---

### MEMORANDUM OPINION

Nkrumah Lumumba Valier, incarcerated and acting pro se, appeals his plea

agreement entered into in connection with a 2006 conviction for aggravated sexual

assault, a second-degree felony.[1]

---

[1]      *See* TEX. PENAL CODE § 22.021.

Valier's December 14, 2020 notice of appeal from his 2006 conviction is untimely. *See* TEX. R. APP. P. 25.2, 26.2. "A timely notice of appeal is necessary to invoke a court of appeals' jurisdiction." *Olivo v. State*, 918 S.W.2d 519, 526 (Tex. Crim. App. 1996). Given that Valier's notice of appeal was not timely, we must dismiss the appeal for lack of jurisdiction. *See id.* at 526 (affirming dismissal of appeal for lack of jurisdiction because notice of appeal untimely); *Rodarte v. State*, 860 S.W.2d 108, 110 (Tex. Crim. App. 1993) (same).

We dismiss the appeal for lack of jurisdiction. TEX. R. APP. P. 43(f). We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Countiss, Rivas-Molloy, and Guerra.

Do not publish. TEX. R. APP. P. 47.2(b).